Form 181 – ntchrgfailcnvt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−17804−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Delores Carter
5431 Witherspoon Ave
Pennsauken, NJ 08109

Arthur Carter
5431 Witherspoon Ave
Pennsauken, NJ 08109

Social Security No.:
xxx−xx−9634

xxx−xx−6544

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL
## IF DOCUMENTS ARE NOT TIMELY FILED

1. Notice is hereby given that the following documents must be filed within 14 days from the conversion date:

   Chapter 13 Plan and Motions

2. This case will be dismissed on August 8, 2017, unless the missing documents are received on or before that date by the Clerk of the Court at:

   U.S. Bankruptcy Court
   401 Market Street
   Camden, NJ 08102

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before August 8, 2017.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.

Dated: July 26, 2017
JAN: ld

Jeanne Naughton
Clerk

If the schedules you file list more creditors than were included on the list of creditors(matrix) filed with your petition, you must file with your schedules an amended list of creditors(matrix), listing only those creditors being added, and a separate verified statement of changes (D.N.J. LBR 1007−2 and 1009−1). You must also pay a $31 fee for the amendment in the form of certified check, money order, or attorney's check.