UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Tamika N. Wyche, Esquire
DAVID PAUL DANIELS, PC
3300 Federal Street
Camden, New Jersey 08105
(856) 338-0411
TW 652006

**Order Filed on July 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ARTHUR CARTER
DELORES CARTER

Case No.:  17-17804

Hearing Date:  July 25, 2017

Judge:  Andrew B. Altenburg

Chapter:  7

## ORDER CONVERTING CASE TO CHAPTER 13

The relief set forth on the following pages, numbered two (2) through three (3), is **ORDERED**.

**DATED: July 25, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 17-30417-ABA    Doc 47    Filed 06/21/17    Entered 06/20/17 12:34:52    Desc
Proposed Order    Page 2 of 3

Upon the motion of _____ Arthur & Delores Carter, Debtors _____ and

for good cause shown, it is


ORDERED that this case is converted from chapter ___7___ to chapter 13, and it is

further


ORDERED that within 14 days of the date of this Order the debtor shall file amendments

to previously filed schedules and statements as necessary, and it is further


☒  ORDERED that if the case is converting from chapter 7,  and the fee under that

   chapter was waived by prior order of this court, the debtor must pay the chapter

   13 filing fee in the amount of _____310.00_____ in full or file an Application to Pay

   in Installments within 14 days of the date of this order or the case will be

   reconverted to chapter 7 without further notice, and it is further

ORDERED that the chapter 7 trustee shall:

❑  immediately turn over to the debtor all records and property of the estate in

   his/her custody or control,


❑  within 30 days of the date of this order, file an accounting of all receipts and

   distributions made, together with a report on the administration of the case as

   required by 11 U.S.C. § 704(a)(9),


❑  within 30 days of the date of this Order, file a Request For Payment of

   Administrative Expenses, if appropriate, it is further

2

Case 17-30417-ABA    Doc 36-2    Filed 06/21/17    Entered 06/21/17 11:34:52    Desc
Proposed Order    Page 3 of 3

ORDERED that:

❏       the case shall not be dismissed in the event the debtor is unsuccessful in confirming and completing a plan, but shall be reconverted,

❏       the conversion is conditioned upon payment by the debtor(s), through the Chapter 13 plan, of all allowed chapter 7 administrative expenses, and it is further

ORDERED that within 14 days of the date of this Order the debtor shall file:

•       a Chapter 13 Plan and Motions, and

•       if this case was originally filed on or after October 17, 2005, a *Statement of Monthly Income and Calculation of Commitment Period and Disposable Income* as required by Fed. R. Bankr. P. 1007(b)(5), and it is further,

ORDERED that if the debtor fails to file the documents set forth above within 14 days of the date of this Order, the case shall be converted to chapter 7 by the Court without further notice. If you object to the reconversion of the case, you may submit a response in writing setting forth the reasons why reconversion would not be proper. Such response must be received by the court prior to the expiration of the 14 day submission period.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-17804-ABA
Delores Carter                                                            Chapter 13
Arthur Carter
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Jul 26, 2017
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2017.
db/jdb          +Delores Carter,  Arthur Carter,  5431 Witherspoon Ave,  Pennsauken, NJ 08109-4730

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Tamika Nicole Wyche    on behalf of Joint Debtor Arthur  Carter dpdlawyer@comcast.net,
           G30609@notify.cincompass.com
          Tamika Nicole Wyche    on behalf of Debtor Delores  Carter dpdlawyer@comcast.net,
           G30609@notify.cincompass.com
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 4