UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Judge: _____

**ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS**

The relief set forth on the following page is hereby **ORDERED**.

DATE: _____        _____
U. S. Bankruptcy Judge

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

❑ The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

❑ The debtor(s) must pay the filing fee according to the following terms:

You must pay …..                              On or before this date …..

$ _____          _____ month/day/year

$ _____          _____ month/day/year

$ _____          _____ month/day/year

$ _____          _____ month/day/year

Total: $ _____

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

IMPORTANT: All fees must be paid by certified funds or money order. The Clerk's Office does not accept cash.

*rev.12/1/15*

2