Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−17804−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Delores Carter | Arthur Carter |
| 5431 Witherspoon Ave | 5431 Witherspoon Ave |
| Pennsauken, NJ 08109 | Pennsauken, NJ 08109 |

Social Security No.:
  xxx−xx−9634                                                                xxx−xx−6544

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            9/27/17
Time:            09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 31, 2017
JAN: kaj

                    Jeanne Naughton
                    Clerk, U. S. Bankruptcy Court

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                          Case No. 17-17804-ABA
Delores Carter                                                  Chapter 13
Arthur Carter
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 1             Date Rcvd: Jul 31, 2017
                              Form ID: 132             Total Noticed: 19
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2017.
db/jdb         +Delores Carter,   Arthur Carter,   5431 Witherspoon Ave,   Pennsauken, NJ 08109-4730
516879686       ADTC Security Services,   PO Box 650485,   Dallas TX 75265-0485
516879685       Alloy,   PO Box 380902,   Bloomington, MN 55438-0902
516879687       Cooper University Health Care,   PO Box 95000-4345,   Philadelphia PA 19195-4345
516879689       Mariner Finance,   814 White Horse Pike Ste 1,   Oaklyn NJ 08107-1266
516879690       Med Credit,   PO Box 1629,   Maryland Heights MO 63043-0629
516879684       Midland Mortgage,   PO Box 26648,   Oklahoma City OK 73126-0648
516772629      +OneMain,   PO Box 1010,   Evansville IN 47706-1010
516772627       PSE&G,   2 Riverside Drive,   Camden, NJ 08103
516879692       PSE&G,   PO Box 14444,   New Brunswick NJ 08906-4444
516879693       Sears,   PO Box 78051,   Phoenix AZ 85062-8051
516879695      +Verizon,   PO Box 4849,   Trenton, NJ 08650-4849
516879694       Well Fargo Financial National Bank,   PO Box 660553,   Dallas TX 75266-0553
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 31 2017 23:24:21     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 31 2017 23:24:18     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516772628      +E-mail/Text: ally@ebn.phinsolutions.com Jul 31 2017 23:23:38     Ally Financial,
                 PO Box 380901,   Bloomington MN 55438-0901
516879688       E-mail/Text: jguevara@foundationfinance.com Jul 31 2017 23:25:23     Foundation Finance Company,
                 P.O. Box 437,   SchoField WI 54476-0437
516772630      +E-mail/Text: jguevara@foundationfinance.com Jul 31 2017 23:25:23     Foundation Finance Co,
                 7802 Meadow Rock Dr,   Weston WI 54476-5262
516879691      +E-mail/PDF: cbp@onemainfinancial.com Jul 31 2017 23:28:01     One Main Financial,
                 1210 Rt 130 North Ste 14,   Cinnaminson NJ 08077-3046
                                                                                             TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2017 at the address(es) listed below:
              Denise E. Carlon   on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Tamika Nicole Wyche   on behalf of Joint Debtor Arthur  Carter dpdlawyer@comcast.net,
               G30609@notify.cincompass.com
              Tamika Nicole Wyche   on behalf of Debtor Delores  Carter dpdlawyer@comcast.net,
               G30609@notify.cincompass.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```