

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Tamika N. Wyche, Esquire**
**David Paul Daniels, P.C.**
**3300 FEDERAL STREET**
**CAMDEN, NEW JERSEY 08105**
**(856) 338-0411**
**TW 006502006**

Order Filed on February 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re: ARTHUR & DELORES CARTER

Case No.: 17-17804-ABA

Adv. No.:

Hearing Date:

Judge: HON. ANDREW B. ALTENBURG, JR.

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, numbered two (2) through two (2)   is hereby

**ORDERED**.

**DATED: February 6, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: ARTHUR & DELORES CARTER

Case No: 17-17804-ABA

Caption of Order: **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**
_____

    Upon consideration of Tamika N. Wyche, Esquire, application for an order granting attorney fees, and good cause appearing therefore, it is hereby

    Ordered that Tamika N. Wyche, Esquire, the applicant, is allowed a fee of $1000.00 for the services rendered as set forth in applicant's Certification of Debtor's Counsel Supporting Chapter 13 Fee. The allowance shall be payable:

  __X__      through the Chapter 13 Plan as an administrative priority.

  _____      outside the plan.

    The debtor's monthly plan is modified to a payment of $430.00 per month for the remaining 42 months to allow for payment of the aforesaid fee, beginning, February 1, 2018.