```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```

**LAW OFFICES OF DAVID PAUL DANIELS, LLC**
**Tamika N. Wyche, Esquire**
**3300 FEDERAL STREET**
**CAMDEN, NEW JERSEY 08105**
**(856) 338-0411**
**TW 006502006**

**Order Filed on July 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re: ARTHUR D. CARTER, SR.
       DELORES A. CARTER

Case No.: 17-17804

Adv. No.:

Hearing Date: 7/10/18

Judge: ANDREW B. ALTENBURG

ORDER SUSPENDING TRUSTEE PAYMENTS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: July 10, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: ARTHUR D. CARTER, SR. & DELORES A. CARTER

Case No: 17-17084 ABA

Caption of Order: ORDER SUSPENDING TRUSTEE PAYMENTS

---

    THIS MATTER having been opened to the Court by David Paul Daniels, A Professional Association, Attorney for Debtor on Motion to Suspend Payments to the trustee; and Tamika N. Wyche, Esquire, appearing for the Debtors; and the Court after hearing arguments of counsel; and for good cause having been shown;

    IT IS HEREBY ORDERED that Debtors' payments are suspended from May 2018 through November 2018; and

    IT IS FURTHER ORDERED that Debtor shall resume making payments going forward at $2,810.00 paid to date, then $664.00 a month for thrity-one (31) months commencing December 1, 2018.