```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```

**LAW OFFICES OF DAVID PAUL DANIELS, LLC**
**Tamika N. Wyche, Esquire**
**3300 FEDERAL STREET**
**CAMDEN, NEW JERSEY 08105**
**(856) 338-0411**
**TW 006502006**



**Order Filed on July 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re: ARTHUR D. CARTER, SR.
       DELORES A. CARTER

Case No.: 17-17804

Adv. No.:

Hearing Date: 7/10/18

Judge: ANDREW B. ALTENBURG

ORDER SUSPENDING TRUSTEE PAYMENTS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: July 10, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: ARTHUR D. CARTER, SR. & DELORES A. CARTER

Case No: 17-17084 ABA

Caption of Order: ORDER SUSPENDING TRUSTEE PAYMENTS
_____

    THIS MATTER having been opened to the Court by David Paul Daniels, A Professional Association, Attorney for Debtor on Motion to Suspend Payments to the trustee; and Tamika N. Wyche, Esquire, appearing for the Debtors; and the Court after hearing arguments of counsel; and for good cause having been shown;

    IT IS HEREBY ORDERED that Debtors' payments are suspended from May 2018 through November 2018; and

    IT IS FURTHER ORDERED that Debtor shall resume making payments going forward at $2,810.00 paid to date, then $664.00 a month for thrity-one (31) months commencing December 1, 2018.

United States Bankruptcy Court
District of New Jersey

In re:  
Delores A. Carter  
Arthur D. Carter, Sr.  
    Debtors

Case No. 17-17804-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jul 10, 2018  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2018.  
db/jdb       +Delores A. Carter,    Arthur D. Carter, Sr.,    5431 Witherspoon Ave,    Pennsauken, NJ 08109-4730

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2018 at the address(es) listed below:  
        Charles H. Jeanfreau   on behalf of Creditor   Foundation Finance Company Charlesj@w-legal.com,  
         BNCmail@w-legal.com  
        Denise E. Carlon   on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
         summarymail@standingtrustee.com  
        Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
        John R. Morton, Jr.   on behalf of Creditor   Ally Financial ecfmail@mortoncraig.com,  
         mortoncraigecf@gmail.com  
        Rebecca Ann Solarz   on behalf of Creditor   MIDFIRST BANK rsolarz@kmllawgroup.com  
        Steven P. Kelly   on behalf of Creditor   Federal National Mortgage Association  
         skelly@sterneisenberg.com,   bkecf@sterneisenberg.com  
        Steven P. Kelly   on behalf of Creditor   RoundPoint Mortgage Servicing Corporation  
         skelly@sterneisenberg.com,   bkecf@sterneisenberg.com  
        Tamika Nicole Wyche   on behalf of Joint Debtor Arthur D. Carter, Sr. dpdlawyer@comcast.net,  
         G30609@notify.cincompass.com  
        Tamika Nicole Wyche   on behalf of Debtor Delores A. Carter dpdlawyer@comcast.net,  
         G30609@notify.cincompass.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                          TOTAL: 11