Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  17–17804–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Delores A. Carter                             Arthur D. Carter Sr.
5431 Witherspoon Ave                          aka Arthur D. Carter
Pennsauken, NJ 08109                          5431 Witherspoon Ave
                                              Pennsauken, NJ 08109

Social Security No.:
   xxx–xx–9634                                xxx–xx–6544

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:        11/8/18
Time:        02:00 PM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Tamika Nicole Wyche, Debtor's Attorney

COMMISSION OR FEES
$1300.00

EXPENSES
$0.00

---

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: October 15, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-17804-ABA
Delores A. Carter                                                         Chapter 13
Arthur D. Carter, Sr.
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2                Date Rcvd: Oct 15, 2018
                             Form ID: 137          Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2018.
```
db/jdb     +Delores A. Carter,    Arthur D. Carter, Sr.,    5431 Witherspoon Ave,    Pennsauken, NJ 08109-4730
cr         +Federal National Mortgage Association,    c/o Stern & Eisenberg, PC,    1040 N. Kings Highway,
            Suite 407,   Cherry Hill, NJ 08034-1925
cr         +RoundPoint Mortgage Servicing Corporation,    c/o Stern & Eisenberg, PC,    1040 N. Kings Highway,
            Suite 407,   Cherry Hill, NJ 08034-1925
516879686   ADTC Security Services,    PO Box 650485,    Dallas TX 75265-0485
516879685   Alloy,   PO Box 380902,    Bloomington, MN 55438-0902
516879687   Cooper University Health Care,    PO Box 95000-4345,    Philadelphia PA 19195-4345
516977365   Financial Recoveries,    200 E. Park Drive, Ste 100,    Mt. Laurel, NJ 08054-1297
516977363   KLM Law Group, PC,    216 Haddon Avenue, Ste 406,    Westmont, NJ 08108-2812
516977367   Larchmont Imaging Associates, LLC,    PO Box 448,    Hainesport, NJ 08036-0448
516879689   Mariner Finance,    814 White Horse Pike Ste 1,    Oaklyn NJ 08107-1266
516879690   Med Credit,    PO Box 1629,    Maryland Heights MO 63043-0629
517111608  +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516977362   Midland Mortgage,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
516879684   Midland Mortgage,    PO Box 26648,    Oklahoma City OK 73126-0648
516879692   PSE&G,   PO Box 14444,    New Brunswick NJ 08906-4444
516772627   PSE&G,   2 Riverside Drive,    Camden, NJ 08103
516977370   Physician Billing - PB CHOP,    PO Box 788017,    Philadelphia, PA 19178-8017
517116600  +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd., Suite 200,
            Charlotte, NC 28217-1930
516879693   Sears,   PO Box 78051,    Phoenix AZ 85062-8051
516879695  +Verizon,   PO Box 4849,    Trenton, NJ 08650-4849
516977373   Virtua Health Camden,    PO Box 8500,    Philadelphia, PA 19178-8500
516879694   Well Fargo Financial National Bank,    PO Box 660553,    Dallas TX 75266-0553
517013849   Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
516977374   Wells Fargo Card SVC,    PO Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Oct 15 2018 23:50:25    U.S. Attorney,    970 Broad St.,
            Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 15 2018 23:50:21    United States Trustee,
            Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
            Newark, NJ 07102-5235
cr         +E-mail/Text: bncmail@w-legal.com Oct 15 2018 23:50:34    Foundation Finance Company,
            c/o Weinstein & Riley, P.S.,    2001 Western Ave, Suite 400,   Seattle, WA 98121-3132
516977364   E-mail/Text: amscbankruptcy@adt.com Oct 15 2018 23:51:10    ADT Security Service,
            PO Box 371490,   Pittsburgh, PA 15250-7490
516772628  +E-mail/Text: ally@ebn.phinsolutions.com Oct 15 2018 23:49:43    Ally Financial,
            PO Box 380901,   Bloomington MN 55438-0901
517038091   E-mail/Text: ally@ebn.phinsolutions.com Oct 15 2018 23:49:43    Ally Financial,
            PO Box 130424,   Roseville MN 55113-0004
517019313  +E-mail/Text: bncmail@w-legal.com Oct 15 2018 23:50:34    FOUNDATION FINANCE COMPANY,
            C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
516879688   E-mail/Text: nwilliamson@foundationfinance.com Oct 15 2018 23:51:13
            Foundation Finance Company,    P.O. Box 437,    SchoField WI 54476-0437
516772630  +E-mail/Text: nwilliamson@foundationfinance.com Oct 15 2018 23:51:13    Foundation Finance Co,
            7802 Meadow Rock Dr,    Weston WI 54476-5262
517001546   E-mail/PDF: cbp@onemainfinancial.com Oct 15 2018 23:56:23    ONEMAIN,   P.O. BOX 3251,
            EVANSVILLE, IN 47731-3251
516977368   E-mail/PDF: cbp@onemainfinancial.com Oct 15 2018 23:56:57    One Main Financial,
            PO Box 70911,   Charlotte, NC 28272-0911
516977369   E-mail/PDF: cbp@onemainfinancial.com Oct 15 2018 23:56:23    One Main Financial,
            PO Box 9001122,   Louisville, KY 40290-1122
516879691  +E-mail/PDF: cbp@onemainfinancial.com Oct 15 2018 23:56:23    One Main Financial,
            1210 Rt 130 North Ste 14,    Cinnaminson NJ 08077-3046
516772629  +E-mail/PDF: cbp@onemainfinancial.com Oct 15 2018 23:57:34    OneMain,   PO Box 1010,
            Evansville IN 47706-1010
517231056   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 15 2018 23:57:43
            Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
517231057   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 15 2018 23:56:31
            Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541,
            Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
516977371   E-mail/Text: bankruptcy@sw-credit.com Oct 15 2018 23:50:25    SW Credit Systems, LP,
            4120 International Pkwy, Ste 1100,    Carrollton, TX 75007-1958
517082007  +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 15 2018 23:58:12    Verizon,
            by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516977372   E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 15 2018 23:49:37
            Verizon,   PO Box 4830,    Trenton, NJ 08650-4830
                                                                                    TOTAL: 19
```

```
District/off: 0312-1        User: admin              Page 2 of 2          Date Rcvd: Oct 15, 2018
                           Form ID: 137              Total Noticed: 43
```

```
          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          Ally Financial,    PO Box 130424,    Roseville, MN  55113-0004
516977366*   ++FOUNDATION FINANCE COMPANY,    7802 MEADOW ROCK DRIVE,    WESTON WI 54476-5262
             (address filed with court:  Foundation Finance Company,    PO Box 437,
             Schofield, WI 54476-0437)
517231058*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates, LLC,    POB 41067,
             Norfolk, VA 23541)
517231059*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541,
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541)
                                                                       TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2018 at the address(es) listed below:
          Charles H. Jeanfreau    on behalf of Creditor    Foundation Finance Company Charlesj@w-legal.com,
           BNCmail@w-legal.com
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
          Steven P. Kelly    on behalf of Creditor    Federal National Mortgage Association
           skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
          Steven P. Kelly    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
           skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
          Tamika Nicole Wyche    on behalf of Debtor Delores A. Carter dpdlawyer@comcast.net,
           G30609@notify.cincompass.com
          Tamika Nicole Wyche    on behalf of Joint Debtor Arthur D. Carter, Sr. dpdlawyer@comcast.net,
           G30609@notify.cincompass.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                       TOTAL: 11
```