UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**LAW OFFICES OF DAVID PAUL DANIELS, LLC**
Tamika N. Wyche, Esquire
**3300 FEDERAL STREET**
**CAMDEN, NEW JERSEY 08105**
**(856) 338-0411**
TW 006502006

Order Filed on October 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re: ARTHUR & DELORES CARTER

Case No.: 17-17804-ABA

Adv. No.:

Hearing Date:

Judge: HON. ANDREW B. ALTENBURG, JR.

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, numbered two (2) through two (2)   is hereby

**ORDERED**.

**DATED: October 17, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: ARTHUR & DELORES CARTER

Case No: 17-17804-ABA

Caption of Order: **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**
_____

     Upon consideration of Tamika N. Wyche, Esquire, application for an order granting attorney fees, and good cause appearing therefore, it is hereby

     Ordered that Tamika N. Wyche, Esquire, the applicant, is allowed a fee of $800.00 for the services rendered as set forth in applicant's Certification of Debtor's Counsel Supporting Chapter 13 Fee. The allowance shall be payable:

  __X__     through the Chapter 13 Plan as an administrative priority.

  _____    outside the plan.

     The debtor's monthly plan is modified to a payment of $753.00 per month for the remaining 21 months to allow for payment of the aforesaid fee, beginning, November 1, 2019.