Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−17804−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Delores A. Carter<br>5431 Witherspoon Ave<br>Pennsauken, NJ 08109 | Arthur D. Carter Sr.<br>aka Arthur D. Carter<br>5431 Witherspoon Ave<br>Pennsauken, NJ 08109 |

Social Security No.:
  xxx−xx−9634                                      xxx−xx−6544

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on October 18, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 18, 2019
JAN: bc

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Delores A. Carter  
Arthur D. Carter, Sr.  
    Debtors

Case No. 17-17804-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Oct 18, 2019  
                    Form ID: 148     Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2019.

```
db/jdb         +Delores A. Carter,    Arthur D. Carter, Sr.,    5431 Witherspoon Ave,    Pennsauken, NJ 08109-4730
cr             +Federal National Mortgage Association,    c/o Stern & Eisenberg, PC,    1040 N. Kings Highway,
                 Suite 407,    Cherry Hill, NJ 08034-1925
cr             +RoundPoint Mortgage Servicing Corporation,    c/o Stern & Eisenberg, PC,    1040 N. Kings Highway,
                 Suite 407,    Cherry Hill, NJ 08034-1925
516879686       ADTC Security Services,    PO Box 650485,    Dallas TX 75265-0485
516879685       Alloy,    PO Box 380902,    Bloomington, MN 55438-0902
516879693      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Sears,    PO Box 78051,    Phoenix AZ 85062-8051)
516879687       Cooper University Health Care,    PO Box 95000-4345,    Philadelphia PA 19195-4345
516977365       Financial Recoveries,    200 E. Park Drive, Ste 100,    Mt. Laurel, NJ 08054-1297
516977363       KLM Law Group, PC,    216 Haddon Avenue, Ste 406,    Westmont, NJ 08108-2812
516977367       Larchmont Imaging Associates, LLC,    PO Box 448,    Hainesport, NJ 08036-0448
516879689       Mariner Finance,    814 White Horse Pike Ste 1,    Oaklyn NJ 08107-1266
516879690       Med Credit,    PO Box 1629,    Maryland Heights MO 63043-0629
517111608      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516977362       Midland Mortgage,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
516879684       Midland Mortgage,    PO Box 26648,    Oklahoma City OK 73126-0648
516879692       PSE&G,    PO Box 14444,    New Brunswick NJ 08906-4444
516772627       PSE&G,    2 Riverside Drive,    Camden, NJ 08103
516977370       Physician Billing - PB CHOP,    PO Box 788017,    Philadelphia, PA 19178-8017
517116600      +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd., Suite 200,
                 Charlotte, NC 28217-1930
516879695      +Verizon,    PO Box 4849,    Trenton, NJ 08650-4849
516977373       Virtua Health Camden,    PO Box 6028,    Bellmawr NJ 08099-6028
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 19 2019 02:24:37      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 19 2019 02:24:33      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: bncmail@w-legal.com Oct 19 2019 02:24:50      Foundation Finance Company,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Suite 400,    Seattle, WA 98121-3132
516977364       E-mail/Text: amscbankruptcy@adt.com Oct 19 2019 02:25:33      ADT Security Service,
                 PO Box 371490,    Pittsburgh, PA 15250-7490
516772628      +EDI: GMACFS.COM Oct 19 2019 05:38:00      Ally Financial,    PO Box 380901,
                 Bloomington MN 55438-0901
517038091       EDI: GMACFS.COM Oct 19 2019 05:38:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
517019313      +E-mail/Text: bncmail@w-legal.com Oct 19 2019 02:24:50      FOUNDATION FINANCE COMPANY,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516879688       E-mail/Text: nwilliamson@foundationfinance.com Oct 19 2019 02:25:36
                 Foundation Finance Company,    P.O. Box 437,    SchoField WI 54476-0437
516772630      +E-mail/Text: nwilliamson@foundationfinance.com Oct 19 2019 02:25:36      Foundation Finance Co,
                 7802 Meadow Rock Dr,    Weston WI 54476-5262
517001546       EDI: AGFINANCE.COM Oct 19 2019 05:38:00      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
516977368       EDI: AGFINANCE.COM Oct 19 2019 05:38:00      One Main Financial,    PO Box 70911,
                 Charlotte, NC 28272-0911
516977369       EDI: AGFINANCE.COM Oct 19 2019 05:38:00      One Main Financial,    PO Box 9001122,
                 Louisville, KY 40290-1122
516879691      +EDI: AGFINANCE.COM Oct 19 2019 05:38:00      One Main Financial,    1210 Rt 130 North Ste 14,
                 Cinnaminson NJ 08077-3046
516772629      +EDI: AGFINANCE.COM Oct 19 2019 05:38:00      OneMain,    PO Box 1010,    Evansville IN 47706-1010
517231056       EDI: PRA.COM Oct 19 2019 05:38:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541
517231057       EDI: PRA.COM Oct 19 2019 05:38:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
516977371       EDI: SWCR.COM Oct 19 2019 05:38:00      SW Credit Systems, LP,
                 4120 International Pkwy, Ste 1100,    Carrollton, TX 75007-1958
517082007      +EDI: AIS.COM Oct 19 2019 05:38:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516977372       EDI: VERIZONCOMB.COM Oct 19 2019 05:38:00      Verizon,    PO Box 4830,    Trenton, NJ 08650-4830
516879694       EDI: WFFC.COM Oct 19 2019 05:38:00      Well Fargo Financial National Bank,    PO Box 660553,
                 Dallas TX 75266-0553
517013849       EDI: WFFC.COM Oct 19 2019 05:38:00      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA  50306-0438
516977374       EDI: WFFC.COM Oct 19 2019 05:38:00      Wells Fargo Card SVC,    PO Box 14517,
                 Des Moines, IA 50306-3517
                                                                                                TOTAL: 22
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Oct 18, 2019
                              Form ID: 148             Total Noticed: 43

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           Ally Financial,   PO Box 130424,   Roseville, MN  55113-0004
516977366*   ++FOUNDATION FINANCE COMPANY,   7802 MEADOW ROCK DRIVE,   WESTON WI 54476-5262
               (address filed with court:  Foundation Finance Company,    PO Box 437,
                 Schofield, WI 54476-0437)
517231058*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541)
517231059*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541)
                                                                                         TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2019 at the address(es) listed below:
          Charles H. Jeanfreau    on behalf of Creditor    Foundation Finance Company
           charles.jeanfreau@mccalla.com, BNCmail@w-legal.com
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
          Steven P. Kelly    on behalf of Creditor    Federal National Mortgage Association
           skelly@sterneisenberg.com, bkecf@sterneisenberg.com
          Steven P. Kelly    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
           skelly@sterneisenberg.com, bkecf@sterneisenberg.com
          Tamika Nicole Wyche    on behalf of Debtor Delores A. Carter dpdlawyer@comcast.net,
           G30609@notify.cincompass.com
          Tamika Nicole Wyche    on behalf of Joint Debtor Arthur D. Carter, Sr. dpdlawyer@comcast.net,
           G30609@notify.cincompass.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12
```