Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17–17804–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Delores A. Carter                                    Arthur D. Carter Sr.
5431 Witherspoon Ave                          aka Arthur D. Carter
Pennsauken, NJ 08109                           5431 Witherspoon Ave
                                                              Pennsauken, NJ 08109

Social Security No.:
xxx–xx–9634                                          xxx–xx–6544

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 6, 2020</u>                    <u>Andrew B. Altenburg Jr.</u>
                                                          Judge, United States Bankruptcy Court